UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 17-11016-RWZ

FREDERICK M. MASSARO

v.

AXA ADVISORS, LLC, *et al.*

ORDER

September 27, 2018

ZOBEL, S.D.J.

On August 28, 2018, the court held a hearing in which it thought it resolved the remaining discovery disputes holding up this litigation. See Docket # 72. The court admonished the parties for failing to resolve these increasingly tedious issues themselves—the fifth and sixth such disagreements in the case by the court's count, see Docket ## 32, 34, 41, 43, 51, 61—and implored both sides to work cooperatively going forward. Less than a month later, another impasse over discovery logistics brings the parties before the court. See Docket # 73. This time, the irreconcilable stalemate concerns the location and duration of an upcoming deposition.

Defendants' emergency motion (Docket # 73) is allowed in part and denied in part in accordance with the following rulings:

1. The deposition of AXA Network will take place, in person, in New York City.

2. The deposition will last no more than 3.75 hours.

3. The AXA defendants shall pay a portion of plaintiff's reasonable travel-related costs and attorney's fees for travel time, namely, the reasonable costs and fees for travel from Hartford, Connecticut (plaintiff's suggested alternative location for the deposition) to New York City (defendants' preferred location), up to a total of $1,750.

 

|   September 27, 2018   |   /s/Rya W. Zobel   |
|---|---|
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |